■ BLANCO v AMERICAN TELEPHONE. (And Other Actions.) [652 NYS2d 503] —The motion insofar as it seeks reargument, modification or vacatur, is denied, and wherein leave to appeal to the Court of Appeals is sought the motion is granted, as indicated. This Court's unpublished order entered on December 5, 1996 is recalled and vacated. Concur—Milonas, J. P., Kupferman, Ross and Mazzarelli, JJ.